Priority ✓
Send ✓
Enter ✓
Closed ✓
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT

MAY - 8 2008

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CEDRIC GREENE, | ) | NO. CV 07-03722 GPS (SS) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| B. ADAMS, et al., | ) | |
| Defendants. | ) | |

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice for failure to prosecute and obey court orders.

DATED: 5/4/04

_____
GEORGE P. SCHIAVELLI
UNITED STATES DISTRICT JUDGE